UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x

WISLANDE CLAUDE, on behalf of herself and all others similarly situated,

                          Plaintiff,

Civil Action No: 2:24-cv-08059

-v.-

ASHLEY MOOS INTERIORS LIMITED LIABILITY COMPANY

                          Defendants.

----------------------------------------------------------------x

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Ashley Moos Interiors Limited Liability Company, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 21, 2025

| For Plaintiff Wislande Claude | For Defendant Ashley Moos Interiors Limited Liability Company |
|---|---|
| *Rami Salim* <br> Rami Salim, Esq. <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rsalim@steinsakslegal.com | Gary S. Kull <br> Gary S. Kull, Esq. <br> Kennedys Law <br> 120 Mountainview Blvd. <br> Basking Ridge, NJ 07920 <br> Ph: (908) 848-1224 <br> Gary.Kull@Kennedyslaw.com |

1

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 4/23/2025